# MAIN STREET LEGAL SERVICES, INC.

*City University of New York School of Law*
2 Court Square, Long Island City, New York 11101

May 24, 2013

<u>**VIA MAIL AND EMAIL**</u>

Judson O. Littleton
U.S. Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20001

Re:   *Main Street Legal Services, Inc. v. National Security Council*
       *Civil Action No. 13-CV-948*

Dear Mr. Littleton:

Please find enclosed Plaintiff's Response in Opposition to Defendant's Motion to Dismiss in the referenced matter.

Respectfully,

\_\_\_\_/s/_____

| | |
|---|---|
| Ramzi Kassem | Douglas Cox |
| *Supervising Attorney* | *Associate Law Library Professor* |
| Marlowe Boettcher | City University of New York |
| Elisabeth Rossow | School of Law |
| *Law Student Interns* | 2 Court Square |
| **Main Street Legal Services, Inc.** | Long Island City, NY 11101 |
| City University of New York | (718) 340-4241 |
| School of Law | douglas.cox@law.cuny.edu |
| 2 Court Square | |
| Long Island City, NY 11101 | *Of Counsel* |
| (718) 340-4558 | |
| ramzi.kassem@law.cuny.edu | |

*Counsel for Plaintiff, Main Street Legal Services, Inc.*

cc (via ECF and without enclosures):

Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Honorable Marilyn D. Go
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201